# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS M. MANUEL

VERSUS

LOUISIANA DEPARTMENT OF
WILDLIFE AND FISHERIES,
MADISON D. SHEAHAN, IN HER
OFFICIAL CAPACITY AS
SECRETARY OF THE DEPARTMENT,
RACHEL ZECHENELLY, IN HER
OFFICIAL CAPACITY AS COLONEL
OF THE DEPARTMENT'S
ENFORCEMENT DIVISION, AND
WILL ROBERTS, IN HIS
OFFICIAL CAPACITY AS A
REGIONAL CAPTAIN WITH THE
DEPARTMENT

NO.   2026 CW 0612

**JUNE 29, 2026**

---

In Re:    Thomas M. Manuel, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          744995.

---

**BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

   **WRIT NOT CONSIDERED.** Although each application assigns error
to the denial of both plaintiff's and defendants' motions for
summary judgment, the parties should file separate writ
applications which assign error to the ruling for which review is
sought and set forth the substantive arguments with respect to the
assignment of error(s).

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein, and must comply with Uniform Rules
of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before July 29, 2026, and must contain a copy
of this ruling.

                         **PMc**
                         **TPS**
                         **BDE**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT